JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRELL TATUM, | No. ED CV 11-01036-PSG (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| GARY SANDOR, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: July 22, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE